Argued and submitted September 25, affirmed October 23, 1996, petition for review allowed February 18, 1997 (324 Or 654)

Leonore BROWN
and Robert W. Brown,
wife and husband,
*Appellants,*

*v.*

Thomas M. HAUN, M.D.,
and Thomas M. Haun, M.D., P.C.,
an Oregon corporation.
*Respondents.*

(9410-06920; CA A90163)

925 P2d 166

Michael Banks argued the cause for appellants. With him on the briefs was Lawrence Wobbrock.

Janet Schroer argued the cause for respondents. With her on the brief was Hoffman, Hart & Wagner.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM